NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBERT R. WALLS, DOC #757396,               )
                                            )
            Appellant,                      )
                                            )
v.                                          )
                                            )       Case No. 2D18-883
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____ )

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County, Susan G. Barthle, Judge.

Albert R. Wall, pro se.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.